UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

HOWARD LEE HALL,

Plaintiff,

v.

ALLEN COUNTY JAIL,

Defendant.

CAUSE NO. 1:26-CV-347-PPS-APR

OPINION AND ORDER

Howard Lee Hall, a prisoner without a lawyer, filed a complaint suing the Allen County Jail. ECF 1. "A document filed *pro se* is to be liberally construed, and a *pro se* complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (quotation marks and citations omitted). Nevertheless, under 28 U.S.C. § 1915A, I must review the merits of a prisoner complaint and dismiss it if the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

Hall sues the Allen County Jail. The jail is a building – it is not a suable entity. *See Smith v. Knox County Jail*, 666 F.3d 1037, 1040 (7th Cir. 2012). This complaint does not state a claim for which relief can be granted because it does not name a suable defendant. Hall must file an amended complaint and name a proper defendant. Under 42 U.S.C. § 1983, there is no general supervisory liability. *Burks v. Raemisch*, 555 F.3d 592, 594 (7th Cir. 2009). "Only persons who cause or participate in the violations are

responsible." *George v. Smith*, 507 F.3d 605, 609 (7th Cir. 2007). [P]ublic employees are responsible for their own misdeeds but not for anyone else's." *Burks v. Raemisch*, 555 F.3d 592, 596 (7th Cir. 2009).

To file an amended complaint, Hall must write this cause number on a **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** form which is available from his law library. He needs to write the word "Amended" on the first page above the title "Prisoner Complaint" and send it to the court after he properly completes the form.

For these reasons, the court:

(1) DISMISSES the Allen County Jail;

(2) GRANTS Howard Lee Hall until **September 23, 2026**, to file an amended complaint; and

(3) CAUTIONS Howard Lee Hall if he does not respond by the deadline, this case will be dismissed under 28 U.S.C. § 1915A without further notice because the current complaint does not state a claim for which relief can be granted.

**SO ORDERED**.

ENTERED: August 19, 2026.

/s/Philip P. Simon
PHILIP P. SIMON, JUDGE